# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Perez,<br><br>        Petitioner,<br>v.<br><br>Filipe Martinez, Warden,<br><br>        Respondent. | CV-15-253-TUC-DCB<br><br>**ORDER** |

On May 11, 2017, Magistrate Judge Macdonald issued a Report and Recommendation recommending the denial and dismissal of the Petition for Writ of Habeas Corpus. Pursuant to 28 U.S.C. § 636(b), any party may file written objections within fourteen (14) days of service of a Report and Recommendation. Neither party filed written objections to Magistrate Judge Macdonald's Report and Recommendation within the fourteen (14) days allotted by statute.

**Accordingly,**

**IT IS ORDERED** by this Court, having performed an independent review of the record, that Magistrate Judge Macdonald's Report and Recommendation (Doc. 13) is **ADOPTED** in its entirety and without modification as its findings of fact and conclusions of law.

///
///
///

1      **IT IS FURTHER ORDERED** that this case is **DISMISSED**. The Clerk's Office
2 is directed to enter a Final Judgment in accordance with this Order separately.
3      DATED this 1st day of June, 2017.

_David C. Bury_
United States District Judge